# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR, | 1:08-cv-00024 AWI SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO SEND PETITIONER STANDARD FORMS FOR ACTIONS UNDER BIVENS AND § 1983 |
| v. | |
| FEDERAL BUREAU OF INVESTIGATIONS, et.al., | |
| | [Doc. 7] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 29, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On March 24, 2008, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.   Regardless of whether this action is against an FBI

1

agent who allegedly violated Plaintiff's rights while in prison or specific prison officials, the Magistrate Judge properly found that this action cannot proceed as a habeas corpus petition pursuant to 28 U.S.C. § 2241 and this action should be dismissed without prejudice to Petitioner filing a civil rights action pursuant to 42 U.S.C. § 1983 and/or <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971).  <u>See</u>, <u>e.g.</u>, <u>Badea v. Cox</u>, 931 F.2d 573, 574 (9th Cir.1991) (explaining that challenges to conditions of confinement should be presented in a section 1983 action rather than in a habeas petition).

      Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 29, 2008, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED;
3. The Clerk of the Court is DIRECTED to send Petitioner the standard form for claims pursuant to <u>Bivens</u>, 403 U.S. 388 (1971) and 42 U.S.C. § 1983; and
4. The Clerk of the Court is DIRECTED to close this file because the instant action is terminated.

IT IS SO ORDERED.

**Dated:   April 5, 2008**                         /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE