IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES FORDJOUR,**           )<br>                                                             )<br>                              **Petitioner**,   )<br>       v.                                            )<br>                                                             )<br>**FEDERAL BUREAU OF**          )<br>**INVESTIGATIONS, et al.,**       )<br>                                                             )<br>                              **Respondent.** )<br>_____) | 1: 08 -CV- 0024 AWI SMS HC<br><br>**ORDER DENYING MOTION**<br>**PURSUANT TO ORDER**<br><br>**ORDER FINDING PETITIONER MAY**<br>**PROCEED WITH APPEAL WITHOUT**<br>**CERTIFICATE OF APPEALABILITY**<br><br>[Documents #15 & #16] |

    Petitioner is a federal prisoner who filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On April 7, 2008, the court adopted the Magistrate Judge's Findings and Recommendations, dismissed the petition because it contained claims that should be raised in a civil rights complaint, and directed the Clerk of the Court to send Petitioner the court's standard form for a civil rights complaint.  On June 16, 2008, Petitioner filed a motion requesting that he be sent the civil rights complaint pursuant to the court's April 7, 2008 order.  Also on June 16, 2008,  Petitioner filed a notice of appeal.

     Because this is a habeas corpus petition, the Clerk of the Court has requested this court issue an order either granting or denying a certificate of appealability.   Generally, before a petitioner can appeal the denial of a habeas corpus petition, the court must issue a certificate of appealability.   28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).   However, a certificate of appealability is not required to appeal an order denying a habeas corpus petition brought pursuant to 28 U.S.C. § 2241 if (1) the detention complained of does not arise out of a process issued by a state court, or (2) it is not a section § 2255 proceeding.   Forde v. U.S. Parole Comm'n, 114 F.3d

1  878, 879 (9th Cir.1997).   Because Petitioner is attempting to appeal the denial of a Section 2241
2  petition concerning the conditions of his confinement, no certificate of appealability is required.
3        Petitioner has also filed a motion requesting the court send him the court's standard form
4  for a civil rights complaint.   A review of the court's records reveals that Petitioner may not have
5  received the standard form with the court's April 7, 2008.  However, on June 11, 2008, the court
6  re-ordered the Clerk of the Court to send Petitioner the form, and the court's docket reveals the
7  form was served on Petitioner.  Thus, Petitioner's motion requesting the court's form is now
8  moot.
9        Accordingly, the court ORDERS that:
10      1.   Petitioner may proceed with his appeal without a certificate of
11           appealability because no certificate of appealability is required; and
12      2.   Petitioner's motion requesting the Clerk of the Court to send Petitioner the
13           court's standard form for a civil rights complaint, in compliance with the
14           court's April 7, 2008 order, is DENIED as moot.

IT IS SO ORDERED.

**Dated:   June 24, 2008**                    /s/ Anthony W. Ishii
                                   UNITED STATES CHIEF DISTRICT JUDGE